IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES F. LOGUE, | : | Civil No. 3:26-cv-230 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| YORK COUNTY COURT OF COMMON PLEAS, *et al.*, | : | |
| Respondents | : | |

**ORDER**

**AND NOW**, this 23rd day of February, 2026, upon preliminary review of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), and in accordance with the Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The application for leave to proceed *in forma pauperis* docketed on February 2, 2026 is **DISMISSED** as an improper form. (Doc. 2).

2. The application for leave to proceed *in forma pauperis* docketed on February 11, 2026 is **GRANTED**. (Doc. 6).

3. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice. *See* R. GOVERNING § 2254 CASES R. 4.

4. The Clerk of Court is directed to **CLOSE** this case.

5. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

Robert D. Mariani
United States District Judge